IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                                                            Case No. 1:22-183

MAX FREER                              :

Emergency Motion for Order Regarding Medical Treatment

   Mr. Freer, by and through counsel, hereby requests the Court enter the attached Order requiring the Alexandria Jail to provide him with his scheduled shot of Humira.  After consultation with Mr. Freer's father and after receiving information about Max's condition from his dad, we understand this shot is scheduled for Monday.  Without court intervention, Max's spine will suffer damage and his pain will be dramatic.  We ask the Court to direct the jail to provide Mr. Freer this injection by Monday.

                                                                             Max Freer
                                                                             By Counsel

_____/s_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Frank@Salvatolaw.com

Certificate

I hereby certify this pleading was filed with the Court's Electronic Filing System, which system will send a copy to the United States Attorney, 2100 Jamieson Avenue, Alexandria, Virginia on this 7th day of October, 2022.

_____/s_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Frank@Salvatolaw.com